

# Joseph & Norinsberg LLC
## Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

June 22, 2026

*__Via ECF__*
Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The conference scheduled for June 25, 2026, at 2:00 p.m. is adjourned until June 26, 2026, at 10:00 a.m.  At the scheduled time, all parties should call (855) 244-8681, access code 2302 755 2307.  The Clerk of Court is respectfully directed to close Dkt. 16.

SO ORDERED
June 23, 2026

JOHN P. CRONAN
United States District Judge

Re:   **Charles Lamus v. Sumitomo Mitsui Banking Corporation**
      **Case No. 26-cv-3725 (JPC)**

Dear Judge Cronan:

We represent Plaintiff Charles Lamus in the above-referenced matter.  Pursuant to Section 3(B) of Your Honor's Individual Practices and Rules, we write to respectfully request an adjournment of the Pre-Motion Conference that is currently scheduled for June 25, 2026 at 2:00pm.

The reason for this request is that our office has a previously scheduled commitment on a separate matter on the same date as the Pre-Motion Conference.  This is Plaintiff's first request of its kind. Defendant's counsel has consented to this request.

The Parties are available for the Pre-Motion Conference on July 16, July 29, or any other date that is convenient to the Court.  This request for an adjournment affects no other deadlines in this matter.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully submitted,
**JOSEPH & NORINSBERG LLC**

 /s/
Jitesh Dudani, Esq.
William K. Oates, Esq.
Yori Johnson, Esq.